UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Marie Lindor | Bankruptcy No.21-12348-PMM |
| Debtor | |

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 15th day of December, 2021, by first class mail upon those listed below:

Marie Lindor
640 North Sherman Street
Allentown, PA  18109

**Electronically via CM/ECF System Only:**

PAUL H YOUNG, ESQ
YOUNG MARR & ASSOCIATES
3554 HULMEVILLE ROAD STE 102
BENSALEM, PA  19020-4366

/s/ Kristen Gliem
―――――――――――――――――
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee