*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Marie Lindor
    Debtor(s)

Case No: 21–12348–pmm
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

\*\*Hearing rescheduled from 8/4/2022 to 8/11/2022\*\*

Re: 13 Confirmation Hearing and Motion to Dismiss Case for Failure to Make Plan Payments...Filed by SCOTT F. WATERMAN (Chapter 13).

    on: 8/11/22

    at: 11:00 AM

    in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date: 7/11/22

Timothy B. McGrath
Clerk of Court