United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Marie Lindor  
    Debtor

Case No. 21-12348-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Jul 11, 2022      Form ID: 167      Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marie Lindor, 640 North Sherman Street, Allentown, PA 18109-8112 |
| 14632098 | + | Cnac - Pa108, 601 State Rd, Emmaus, PA 18049-3029 |
| 14674625 | + | NewRez LLC, dba Shellpoint Mortgage Servicing, c/o Charles Wohlrab, Esq., 130 Clinton Rd #202, Fairfield NJ 07004-2927 |
| 14650990 | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14632114 | + | Shellpoint Mortgage Services, 1 N. 7th Street, Perkasie, PA 18944-1410 |
| 14632115 | + | Torres Crdit, Tcs Inc., Po Box 189, Carlisle, PA 17013-0189 |
| 14632116 | + | Torres Crdit, 27 Fairview, Carlisle, PA 17015-3200 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Jul 12 2022 00:17:00 | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, 10700 Abbott's Bridge Rd., Suite 170, Duluth, GA 30097, UNITED STATES 30097-8461 |
| 14632100 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 12 2022 00:22:36 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14632099 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 12 2022 00:22:40 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14632102 | + | Email/Text: electronicbkydocs@nelnet.net | Jul 12 2022 00:18:00 | Dept Of Ed/582/nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14632101 | + | Email/Text: electronicbkydocs@nelnet.net | Jul 12 2022 00:18:00 | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 14632103 | + | Email/Text: bknotice@ercbpo.com | Jul 12 2022 00:18:00 | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14632105 | + | Email/Text: Bankruptcy@ICSystem.com | Jul 12 2022 00:18:00 | IC Systems, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14632104 | + | Email/Text: Bankruptcy@ICSystem.com | Jul 12 2022 00:18:00 | IC Systems, Inc, 444 Highway 96 East, St Paul, MN 55127-2557 |
| 14638859 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 12 2022 00:22:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14632107 | + | Email/Text: electronicbkydocs@nelnet.net | Jul 12 2022 00:18:00 | Nelnet, Po Box 1649, Denver, CO 80201-1649 |
| 14632106 | + | Email/Text: electronicbkydocs@nelnet.net | Jul 12 2022 00:18:00 | Nelnet, Nelnet Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 14639998 | | Email/Text: ECMCBKNotices@ecmc.org | Jul 12 2022 00:17:00 | Nelnet on behalf of ECMC, Educational Credit Management Corp, PO Box 16408, St. Paul MN 55116-0408 |
| 14636925 | | Email/Text: mtgbk@shellpointmtg.com | Jul 12 2022 00:17:00 | NewRez LLC DBA Shellpoint Mortgage Servicing, Bankruptcy Department, PO Box |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 11, 2022 | Form ID: 167 | Total Noticed: 29 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | 10826, Greenville, SC 29603-0826 |
| 14632108 | + | Email/PDF: cbp@onemainfinancial.com | Jul 12 2022 00:22:36 | OneMain, Attn: Bankruptcy, 601 Nw 2nd St, Evansville, IN 47708-1013 |
| 14632109 | + | Email/PDF: cbp@onemainfinancial.com | Jul 12 2022 00:22:43 | OneMain, Po Box 1010, Evansville, IN 47706-1010 |
| 14632111 |   | Email/Text: bankruptcypgl@plaingreenloans.com | Jul 12 2022 00:18:00 | Plain Green Loans, 93 Mack Road Suite 600, Box Elder, MT 59521 |
| 14632113 |   | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 12 2022 00:22:37 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 14632112 |   | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 12 2022 00:22:36 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14646561 |   | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 12 2022 00:22:36 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14640989 |   | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 12 2022 00:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14632110 | + | Email/Text: bankruptcypgl@plaingreenloans.com | Jul 12 2022 00:18:00 | Plain Green Loans, 93 Mack Rd Ste 600, Po Box 270, Box Elder, MT 59521-0270 |
| 14639747 | + | Email/Text: electronicbkydocs@nelnet.net | Jul 12 2022 00:18:00 | US DEPARTMENT OF EDUCATION C/O NELNET, 121 S 13TH ST, LINCOLN, NE 68508-1904 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CAMERON DEANE | on behalf of Debtor Marie Lindor cdeane@ymalaw.com ykaecf@gmail.com,youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING cwohlrab@raslg.com |
| PAUL H. YOUNG | on behalf of Debtor Marie Lindor support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com ,lesliebrown.paralegal@gmail.com |

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Jul 11, 2022 | Form ID: 167 | Total Noticed: 29

REBECCA ANN SOLARZ
    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com
    rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Marie Lindor
    Debtor(s)

Case No: 21−12348−pmm

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

\*\*Hearing rescheduled from 8/4/2022 to 8/11/2022\*\*

Re: 13 Confirmation Hearing and Motion to Dismiss Case for Failure to Make Plan Payments...Filed by SCOTT F. WATERMAN (Chapter 13).

    on: 8/11/22

    at: 11:00 AM

    in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date: 7/11/22

Timothy B. McGrath
Clerk of Court

60 − 39
Form 167