United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                           Case No. 21-12348-pmm

Marie Lindor                                                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                        User: admin                            Page 1 of 3
Date Rcvd: Aug 11, 2022                     Form ID: pdf900                        Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marie Lindor, 640 North Sherman Street, Allentown, PA 18109-8112 |
| 14632098 | + | Cnac - Pa108, 601 State Rd, Emmaus, PA 18049-3029 |
| 14632104 | ++ | I C SYSTEM INC, LEGAL DEPARTMENT, PO BOX 64444, SAINT PAUL MN 55164-0444 address filed with court:, IC Systems, Inc, 444 Highway 96 East, St Paul, MN 55127 |
| 14632105 | ++ | I C SYSTEM INC, LEGAL DEPARTMENT, PO BOX 64444, SAINT PAUL MN 55164-0444 address filed with court:, IC Systems, Inc, Po Box 64378, Saint Paul, MN 55164 |
| 14650990 | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14632114 | + | Shellpoint Mortgage Services, 1 N. 7th Street, Perkasie, PA 18944-1410 |
| 14632115 | + | Torres Crdit, Tcs Inc., Po Box 189, Carlisle, PA 17013-0189 |
| 14632116 | + | Torres Crdit, 27 Fairview, Carlisle, PA 17015-3200 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Aug 11 2022 23:52:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 11 2022 23:52:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 11 2022 23:52:00 | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, 10700 Abbott's Bridge Rd., Suite 170, Duluth, GA 30097, UNITED STATES 30097-8461 |
| 14632100 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 11 2022 23:56:08 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14632099 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 11 2022 23:56:08 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14632102 | + | Email/Text: electronicbkydocs@nelnet.net | Aug 11 2022 23:52:00 | Dept Of Ed/582/nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14632101 | + | Email/Text: electronicbkydocs@nelnet.net | Aug 11 2022 23:52:00 | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 14632103 | + | Email/Text: bknotice@ercbpo.com | Aug 11 2022 23:52:00 | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14632104 | | Email/Text: Bankruptcy@ICSystem.com | Aug 11 2022 23:52:00 | IC Systems, Inc, 444 Highway 96 East, St Paul, MN 55127 |
| 14632105 | | Email/Text: Bankruptcy@ICSystem.com | Aug 11 2022 23:52:00 | IC Systems, Inc, Po Box 64378, Saint Paul, MN 55164 |
| 14638859 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 11 2022 23:56:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 11, 2022 | Form ID: pdf900 | Total Noticed: 31 |

| | | | | |
|---|---|---|---|---|
| 14632107 | + | Email/Text: electronicbkydocs@nelnet.net | Aug 11 2022 23:52:00 | Nelnet, Po Box 1649, Denver, CO 80201-1649 |
| 14632106 | + | Email/Text: electronicbkydocs@nelnet.net | Aug 11 2022 23:52:00 | Nelnet, Nelnet Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 14639998 | | Email/Text: ECMCBKNotices@ecmc.org | Aug 11 2022 23:52:00 | Nelnet on behalf of ECMC, Educational Credit Management Corp, PO Box 16408, St. Paul MN 55116-0408 |
| 14674625 | + | Email/Text: RASEBN@raslg.com | Aug 11 2022 23:52:00 | NewRez LLC, dba Shellpoint Mortgage Servicing, c/o Charles Wohlrab, Esq., 130 Clinton Rd #202, Fairfield NJ 07004-2927 |
| 14636925 | | Email/Text: mtgbk@shellpointmtg.com | Aug 11 2022 23:52:00 | NewRez LLC DBA Shellpoint Mortgage Servicing, Bankruptcy Department, PO Box 10826, Greenville, SC 29603-0826 |
| 14632108 | + | Email/PDF: cbp@onemainfinancial.com | Aug 11 2022 23:56:17 | OneMain, Attn: Bankruptcy, 601 Nw 2nd St, Evansville, IN 47708-1013 |
| 14632109 | + | Email/PDF: cbp@onemainfinancial.com | Aug 11 2022 23:56:07 | OneMain, Po Box 1010, Evansville, IN 47706-1010 |
| 14632111 | | Email/Text: bankruptcypgl@plaingreenloans.com | Aug 11 2022 23:52:00 | Plain Green Loans, 93 Mack Road Suite 600, Box Elder, MT 59521 |
| 14632113 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 11 2022 23:56:12 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 14632112 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 11 2022 23:56:17 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14646561 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 11 2022 23:56:08 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14640989 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 11 2022 23:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14632110 | + | Email/Text: bankruptcypgl@plaingreenloans.com | Aug 11 2022 23:52:00 | Plain Green Loans, 93 Mack Rd Ste 600, Po Box 270, Box Elder, MT 59521-0270 |
| 14639747 | + | Email/Text: electronicbkydocs@nelnet.net | Aug 11 2022 23:52:00 | US DEPARTMENT OF EDUCATION C/O NELNET, 121 S 13TH ST, LINCOLN, NE 68508-1904 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2022           Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CAMERON DEANE | on behalf of Debtor Marie Lindor cdeane@weltman.com ykaecf@gmail.com,youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING cwohlrab@raslg.com |
| PAUL H. YOUNG | on behalf of Debtor Marie Lindor support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** Marie Lindor | : | **Chapter 13** |
| | : | |
| **Debtor** | : | **Bky. No.** 21-12348-pmm |

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR
APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

     **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott Waterman, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either**:

    (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

    (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

**Date:** August 11, 2022

_/s/ Patricia M. Mayer_
**PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE**