| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 21-12348-PMM**

Marie Lindor                                          Petition Filed Date: 08/26/2021
640 North Sherman Street                              341 Hearing Date: 10/26/2021
Allentown  PA    18109                                Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/30/2021 | $1,231.50 | | 01/12/2022 | $1,237.49 | | 02/10/2022 | $625.00 | |
| 03/10/2022 | $650.00 | | 04/25/2022 | $570.00 | | 07/05/2022 | $1,200.00 | |

**Total Receipts for the Period:  $5,513.99    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $5,513.99**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | NEWREZ LLC  D/B/A<br>»»  001 | Mortgage Arrears | $75,325.34 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC<br>»»  002 | Unsecured Creditors | $378.57 | $0.00 | $0.00 |
| 3 | US DEPARTMENT OF EDUCATION<br>»»  003 | Unsecured Creditors | $38,292.88 | $0.00 | $0.00 |
| 4 | EDUCATIONAL CREDIT MGMT CORP<br>»»  004 | Unsecured Creditors | $9,659.61 | $0.00 | $0.00 |
| 5 | PA DEPARTMENT OF REVENUE<br>»»  05U | Unsecured Creditors | $8.85 | $0.00 | $0.00 |
| 6 | PA DEPARTMENT OF REVENUE<br>»»  05P | Priority Crediors | $185.16 | $0.00 | $0.00 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  006 | Unsecured Creditors | $618.20 | $0.00 | $0.00 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  007 | Unsecured Creditors | $3,227.32 | $0.00 | $0.00 |
| 9 | NEWREZ LLC  D/B/A<br>»»  01P | Secured Creditors | $5,234.40 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-12348-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,513.99 | Current Monthly Payment: | $615.75 |
| Paid to Claims: | $0.00 | Arrearages: | $1,259.26 |
| Paid to Trustee: | $441.12 | Total Plan Base: | $36,945.00 |
| Funds on Hand: | $5,072.87 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.