# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | MARIE LINDOR | : | CHAPTER 13 |
| | | : | |
| | Debtor | : | BANKRUPTCY NO. 21-12348 |

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK:

Kindly withdraw the above debtor's Application for Compensation of Counsel Fees, docket #69, filed by YOUNG, MARR & ASSOCIATES.

                                                                    /s/Paul H. Young  
                                                                    Paul H. Young, Esquire  
                                                                    Attorney for Debtor  
                                                                    3554 Hulmeville Road, Ste. 102  
                                                                    Bensalem, PA 19020

Date: November 11, 2022